UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| 3M COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-01287-RLY-TAB |
| | ) | |
| ZACHARY PUZNAK, | ) | |
| ZENGER LLC, | ) | |
| JOHN DOE 1, | ) | |
| JOHN DOE 2, | ) | |
| JOHN DOE 3, | ) | |
| JOHN DOE 4, | ) | |
| JOHN DOE 5, | ) | |
| JOHN DOE 6, | ) | |
| JOHN DOE 7, | ) | |
| JOHN DOE 8, | ) | |
| JOHN DOE 9, | ) | |
| JOHN DOE 10, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY ON TELEPHONIC HEARING OF MAY 18, 2020**

**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Parties appear telephonically, plaintiff by Kathy Osborn, Louis Perry, John Ursu and Bill Childs; defendant Zachary Puznak appears pro se, for a conference on the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff.

Any rulings shall issue by separate order.

Distributed Electronically to Registered Counsel of Record

Zachary Puznak(by email)