UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>ZACHARY PUZNAK,<br>ZENGER LLC d/b/a<br>ZEROAQUA, and<br>JOHN DOE 1 THROUGH 10,<br>all of whose true names are unknown.<br><br>        Defendants. | **CASE NO. 1:20-cv-1287-RLY-TAB** |

## ORDER ON DISCOVERY AND ACTIONS OF DEFENDANT ZACHARY PUZNAK

**WHEREAS**, the Court, having considered arguments and requests of counsel, and the record and proceedings to date in the above-captioned action, hereby finds as follows:

1. Defendant Zachary Puznak will present himself and sit for a deposition on either June 11 or June 12, 2020 at a site to be agreed upon by the parties. 3M will be responsible for expenses of the court reporter and any video technology required.

2. By June 5, 2020, Defendant Zachary Puznak will produce all correspondence and documents related to matters at issue in the above-referenced litigation within his possession, custody, or control.

3. By June 5, 2020, Defendant Zachary Puznak will remove any content on any website or social media account that Puznak owns or controls that reference 3M or any of its trademarks.

SO ORDERED this 5th day of June 2020.

                                                                            _____
                                                                            RICHARD L. YOUNG, JUDGE
                                                                            United States District Court
                                                                            Southern District of Indiana

Distributed Electronically to Registered Counsel of Record
Distribution to Defendank Puznak by email