UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 3M COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01287-RLY-TAB |
| ) | |
| ZACHARY PUZNAK, ) | |
| ZENGER LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON JUNE 29, 2020, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel and Defendant appeared in person June 29, 2020, for a telephonic status conference. Discussion was held regarding discovery, settlement, and related matters. The parties reported that this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Accordingly, the parties shall file a proposed consent judgment within 45 days.

Dated: 7/7/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email
Defendant Zachary Puznak via email.